## BARBER v. TRYON & PRICE.

PRACTICE IN THE SUPREME COURT.

*Appeal from Jones District Court.*

TUESDAY, DECEMBER 11.

ACTION in equity to recover of the defendants a certain sum of money and to establish the judgment as a lien upon certain mortgaged land from the date of the mortgage. The court rendered judgment for the amount claimed. Defendants appeal.

*Monroe & Herrick* and *G. W. Field*, for appellants.

*Sheean & McCarn*, for appellee.

ADAMS, J.—No motion or order was made that the case be tried upon written evidence. The case is not therefore triable *de novo*. No errors are assigned, and the appellee moves to affirm for want of such assignment. The motion must be sustained.

AFFIRMED.